### Ebner *v.* Campbell et al., Appellants.

Argued December 6, 1971.

*John C. Youngman, Sr.,* with him *Candor, Youngman, Gibson & Gault,* for appellants; *Charles J. McKelvey,* with him *McNerney, Page, Vanderlin & Hall,* for appellee.

Order affirmed.

### Fontana, Appellant, *v.* Spatacco et al., Appellant.

Argued December 7, 1971. *Theodore W. Flowers,* with him *White and Williams,* for appellant; *Melvin Rubin,* for appellee.

Judgment affirmed.

### Forte, Appellant, *v.* Pollock (et al., Appellant). Pollock *v.* Sanitate, Appellant.

Submitted December 6, 1971.

*Sheldon Tabb* and *Joel D. Caney,* for appellant; *Ralph S. Levitan,* for appellee.

Judgment affirmed.